

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00378-CR

**EDWARD JOHN MORENO, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 441613
The Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

The court reporter has filed a late notice of record stating that appellant is not entitled to appeal without paying the fee, and that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court